UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IOU CENTRAL, INC. d/b/a IOU Financial, Inc.,<br>　　　　　Plaintiff(s),<br><br>vs.<br><br>RN INTERESTS, LLC, d/b/a Victory Motorcars, and ROBERT LEE NEAL,<br>　　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO.  1:19-cv-5468-MHC |

## DEFAULT  JUDGMENT

The defendant(s) , having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Mark H. Cohen, United States District Judge, by order of December 10, 2020, having directed that judgment issue in favor of plaintiff and against the defendant(s), it is hereby

ORDERED AND ADJUDGED, that the plaintiff IOU Central, Inc., recover from the defendant(s) RN Interests, LLC d/b/a Victory Motorcars and Robert Lee Neal, the amount of $272,845.78.

Dated at Atlanta, Georgia this 10th day of December, 2020.

　　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By:　　s/Jill Ayers_____
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
December 10, 2020
James N. Hatten
Clerk of Court

By:　　s/Jill Ayers_____
　　　　　Deputy Clerk